DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FORREST LEE MULLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2742

_____

December 12, 2025

Appeal from the Circuit Court for Sarasota County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Rachel Paige Roebuck, Assistant Public Defender, Bartow; and Lisa B. Lott, Assistant Public Defender, Bartow (substituted as counsel of record), for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.